UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :        CHAPTER 7

JONNY SPLEEN                      :         BANKRUPTCY NO. 12-17455
TARA SPLEEN

DEBTORS                               :

CHAPTER 7 TRUSTEE STATUS REPORT

    Christine Shubert, Chapter 7 Trustee, hereby reports the status of this case, as follows: The sole asset in this case is a personal injury claim. The Trustee has engaged special counsel to represent her in this matter.  Special counsel has not yet filed suit against the defendant in the matter and the claim is still in its early stages.  Special counsel has advised the Trustee that the Complaint will be filed in the near future.  Once this matter has  been concluded either by way of verdict or settlement,  the Trustee will promptly file a 9019 motion seeking approval and will file the TFR thereafter.

                                                    Respectfully submitted,

                                                 /s/ Christine Shubert, Esquire
                                                   Chapter 7 Trustee

Date: March 27, 2013